**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES PARSHALL, | ) |
| | ) |
| Plaintiff, | )    Case No. 1:21-cv-01459-MN |
| | ) |
| v. | ) |
| | ) |
| VINE ENERGY INC., ERIC MARSH, III, | ) |
| ANGELO ACCONCIA, H. PAULETT | )    **JURY TRIAL DEMANDED** |
| EBERHART, DAVID FOLEY, JOHN H. | ) |
| LEE, and CHARLES M. SLEDGE, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants

have neither served an answer or a motion for summary judgment in the Action.

Dated: January 31, 2022          **LONG LAW, LLC**

By:    */s/ Brian D. Long*
       Brian D. Long (#4347)
       3828 Kennett Pike, Suite 208
       Wilmington, DE 19807
       Telephone: (302) 729-9100
       Email: BDLong@longlawde.com

       *Attorneys for Plaintiff*